IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CALVIN RAY MCDANIEL                                                                                      PLAINTIFF

v.                                             3:09CV00070JLH/HLJ

DICK BUSBY, et al.                                                                                    DEFENDANTS

## ORDER

By Order dated May 20, 2009 (DE #3), this Court granted plaintiff's application to proceed <u>in forma pauperis</u> in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (DE #6). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate for defendants Busby, Boyd, Bonner, Beasley, and Branstetter. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Dick Busby, Zane Boyd, Teresa Bonner, Supervisor Beasley, and Angie Branstetter. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #6) and summons on defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 10th day of June, 2009.

_____
United States Magistrate Judge