**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CALVIN RAY MCDANIEL                                                                    PLAINTIFF

v.                                            No. 3:09CV00070JLH/HLJ

DICK BUSBY, et al.                                                                       DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendants Thomas G. Montgomery and Bart E. Ziegenhorn are DISMISSED from plaintiff's complaint for failure to state a claim.

IT IS SO ORDERED this 26th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE