IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CALVIN RAY MCDANIEL                                                               PLAINTIFF

v.                                             3:09CV00070HLJ

DICK BUSBY, et al.                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 12th day of January, 2010.

_____
United States Magistrate Judge